NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**BOXCAST INC.,**
*Appellant*

**v.**

**RESI MEDIA LLC,**
*Appellee*

———————————

2023-2078

———————————

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2022-00066.

———————————

**JUDGMENT**

———————————

JOSHUA FRIEDMAN, Calfee, Halter & Griswold LLP, Cleveland, OH, argued for appellant. Also represented by MARK MCDOUGALL.

SANFORD IAN WEISBURST, Quinn Emanuel Urquhart & Sullivan, LLP, New York, NY, argued for appellee. Also represented by BRIAN MACK, San Francisco, CA; JOSEPH M. PAUNOVICH, Los Angeles, CA.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, *Chief Judge*, DYK and CUNNINGHAM, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

November 5, 2024
Date

Jarrett B. Perlow
Clerk of Court